AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America        **JUDGMENT IN A CIVIL CASE**

v.        Case Number: 96 C 7936

Robert J. Tezak

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the foregoing reasons, the amended Section 2255 habeas corpus petition brought by Robert Tezak is denied. Mr. Tezak's motion to recuse this Court also is denied. This is a final and appealable order.

**DOCKETED MAY 19 2000**

Michael W. Dobbins, Clerk of Court

Date: 5/18/2000

Tresa S. Abraham, Deputy Clerk