Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 96 C 7936 (~~92 CR 652-5~~) | DATE | July 14, 2000 |
| CASE TITLE | United States of America vs. Robert J. Tezak | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]

For these reasons, we believe that the petitioner has made a substantial showing of a denial of a constitutional right. Therefore, we grant petitioner's request for a certificate of appealability.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JUL 19 2000 | 25 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| TSA | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice | |
| | | | mailing deputy initials | |

(Reserved for use by the Court)

# ORDER

This case is before the court on the petitioner's request for a certificate of appealability. For the following reasons, we grant the petitioner's request for a certificate of appealability.

28 U.S.C. § 2253(c) provides that a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. In this case, we believe that the following issues are debatable among jurists of reason and could possibly indicate the denial of a constitutional right: 1) whether petitioner's counsel was ineffective in allowing petitioner to admit facts in the plea agreement which exposed him to a state prosecution, allegedly depriving petitioner of the protection of the double jeopardy clause; 2) whether the facts of the case demonstrate that petitioner requested his attorney to file a notice of appeal and the attorney refused to do so, allegedly depriving petitioner of his right to an appeal.

For these reasons, we believe that the petitioner has made a substantial showing of a denial of a constitutional right. Therefore, we grant petitioner's request for a certificate of appealability.

Wayne R. Andersen
United States District Judge

Dated: July 14, 2000