# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 96 C 7936 | DATE | 1/17/2001 |
| CASE TITLE | United States of America vs. Robert J. Tezak | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] The government's uncontested motion to supplement the record on appeal is granted. Enter order supplementing the following deposition transcripts and accompanying exhibits. The following deposition transcripts and accompanying exhibits, which formed a part of the record on the habeas petition heard by this Court: 9/1/98 Deposition of Dan K. Webb; 11/4/98 Deposition of Steven Popuch; 11/18/98 Continued deposition of Steven Popuch (Vol. II); 1/13/99 Continued deposition of Steven Popuch (Vol. III); 2/19/99 Deposition of Marcia G. Shein; 3/12/99 Deposition of James Casey and 3/15/99 Continued deposition of James Casey.

(11) ■ [For further detail see order attached to the original minute order.]

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| ✓ | Docketing to mail notices. |
| | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |

number of notices

JAN 1 8 2001
date docketed

docketing deputy initials

Document Number: 35

TSA courtroom deputy's initials

Date/time received in central Clerk's Office

date mailed notice

mailing deputy initials

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT J. TEZAK )<br>)<br>Defendant. ) | No. 96 C 7936<br><br>Judge Wayne Andersen |

FILED JAN 18 2001

**ORDER**

On the uncontested motion of the United States of America, it is hereby ordered that the district court record in this case be supplemented by adding the following deposition transcripts and accompanying exhibits, which formed a part of the record on the habeas petition heard by this Court:

  09/01/98 Deposition of Dan K. Webb;

  11/04/98 Deposition of Steven Popuch;

  11/18/98 Continued Deposition of Steven Popuch (Vol. II);

  01/13/99 Continued Deposition of Steven Popuch (Vol. III);

  02/19/99 Deposition of Marcia G. Shein;

  03/12/99 Deposition of James Casey; and

  03/15/99 Continued Deposition of James Casey.

These transcripts will be transferred by this Court to the clerk's office contemporaneously with this Order.

35

It is further ordered that the record on appeal should be supplemented to include the following documents:

   A. Docket Entry 104, defendant's Motion and Memorandum in limine to exclude testimony of other evidence regarding alleged drug use, kickbacks, and tax refund;

   B. Docket Entry 105, defendant's Motion and Memorandum in limine to exclude hearsay statements of Daniel Devea;

   C. Docket Entry 112, which includes four transcripts related to bond revocation on September 3, 16, 17, and 29, 1993;

   D. Docket Entry 134, a transcript of the Plea Hearing of October 25, 1993;

   E. Docket Entry 146, a transcript of the Plea Hearing on November 5, 1993;

   F. Docket Entry 154, which includes Guideline Calculation by USA and Conditional Motion of USA for Upward Departure;

   G. Docket Entry 155, which includes Response by Tezak to guideline calculation and conditional motion;

   H. Docket Entry 156, which includes Sentencing Memorandum, Objections of Robert Tezak to Sentencing Memorandum, and Brief of Tezak in support of Mitigation;

   I. The Probation Office's Presentence Investigation Report (subject to it be transmitting to the court of appeals under seal and other limitations set forth in Circuit Rule 10(f));

2

J.     Docket Entry 187, which includes three transcripts related to sentencing on May 3, 1994; June 27, 1994; and July 29, 1994;

K.     Docket Entry 190, defendant's corrected Rule 35 motion;

L.     Docket Entry 208, a transcript related to a request for sentence reduction under Rule 35 on January 26, 1995;

M.     Docket Entry 209, a transcript related to a request for sentence reduction under Rule 35 on February 22, 1995;

N.     Docket Entry 236, the government's motion for an order to show cause why defendant's Tezak's probation should not be revoked dated September 12, 1995;

O.     Docket Entry 238, a minute order denying government's motion for an order to show cause dated September 19, 1995; and

P.     The seven deposition transcripts and accompanying exhibits identified on the first page of this Order.

Judge Wayne Andersen    December 11, 2000